OREN G. STAPLES, Appellant, *v.* ANDREW C. CORNWALL et al., Respondents.

*Staples* v. *Cornwall,* 114 App. Div. 596, affirmed.
(Argued October 21, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 18, 1906, affirming a judgment in favor of defendants entered upon the report of a referee in an action to restrain the defendants from removing a bridge which constituted a passageway from defendants' steamboat dock to plaintiff's hotel.

*E. C. Emerson* and *Joseph Atwell* for appellant.

*Henry Purcell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: O'BRIEN, J.